445 A.2d 246

Commonwealth v. Walker, Appellant.

Submitted November 5, 1981. Dennis J. Cogan, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.